IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ROGER E. RODGERS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| vs. | * | No. 4:10cv001078 SWW/HDY |
| | * | |
| | * | |
| | * | |
| | * | |
| ALLISON WYNN, VICKI NORMAN, | * | |
| and BAPTIST HEALTH, | * | |
| | * | |
| Defendants. | * | |

ORDER

Plaintiff's motion [doc.#8] for reconsideration of this Court's Order denying his motion for leave to proceed *in forma pauperis* (IFP) has been considered by the Court and is hereby denied. It simply is not apparent from plaintiff's IFP application and his motion for reconsideration that he has insufficient financial means to pay the filing fee in this case without giving up the basic necessities of life.

IT IS SO ORDERED this 6th day of August 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE