IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ROGER E. RODGERS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| vs. | * | No. 4:10cv001078 SWW/HDY |
| | * | |
| | * | |
| | * | |
| | * | |
| ALLISON WYNN, VICKI NORMAN, | * | |
| and BAPTIST HEALTH, | * | |
| | * | |
| Defendants. | * | |

ORDER

Having denied plaintiff's motion for leave to proceed *in forma pauperis* (IFP), *see* Order entered August 3, 2010 [doc.#5], and having denied his motion for reconsideration of this Court's Order denying his motion for leave to proceed IFP, *see* Order entered August 8, 2010 [doc.#9], plaintiff is hereby given until and including September 15, 2010, in which to pay the filing fee of $350.00; otherwise, this action will be dismissed without prejudice.

IT IS SO ORDERED this 31st day of August 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE