IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ROGER E. RODGERS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| vs. | * | No. 4:10cv001078 SWW/HDY |
| | * | |
| | * | |
| | * | |
| | * | |
| ALLISON WYNN, VICKI NORMAN, | * | |
| and BAPTIST HEALTH, | * | |
| | * | |
| Defendants. | * | |

## ORDER

Having denied plaintiff's motion for leave to proceed *in forma pauperis* (IFP), *see* Order entered August 3, 2010 [doc.#5], and having denied his motion for reconsideration of this Court's Order denying his motion for leave to proceed IFP, *see* Order entered August 8, 2010 [doc.#9], plaintiff was given until and including September 15, 2010, in which to pay the filing fee of $350.00 and warned that failure to do so would result in this action being dismissed without prejudice. *See* Order entered August 31, 2010 [doc.#11]. Plaintiff has failed to pay the filing fee as ordered. Accordingly, this action is hereby dismissed without prejudice. Judgment will be entered accordingly.

IT IS SO ORDERED this 16th day of September 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE