IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ROGER E. RODGERS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| vs. | * | No. 4:10cv001078 SWW/HDY |
| | * | |
| | * | |
| | * | |
| | * | |
| ALLISON WYNN, VICKI NORMAN, | * | |
| and BAPTIST HEALTH, | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed without prejudice.

IT IS SO ORDERED this 16th day of September 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE